IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT GIPSON                                                                                    PLAINTIFF

v.                          Case No. 4:16-cv-00781-KGB

DASSAULT FALCON JET                                                                       DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants defendant Dassault Falcon Jet's motion for summary judgment against plaintiff Robert Gipson (Dkt. No. 31). Mr. Gipson's claims are dismissed with prejudice.

So adjudged this 12th day of June, 2019.

_____
Kristine G. Baker
United States District Judge